U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG - 5 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

TRAVIS DENORRIS ARNOLD                DOCKET NO. 14-CV-719; SEC. P

VERSUS                                JUDGE TOM STAGG

U.S.A.                                MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED THAT the Petition for Writ of Habeas Corpus filed under 28 U.S.C. §2241 be DISMISSED FOR LACK OF JURISDICTION.

IT IS FURTHER ORDERED that the plaintiff's motion to compel (Record Document 16) is DENIED AS MOOT.

THUS DONE AND SIGNED at Shreveport, Louisiana, on this 4th day of _____ August _____ , 2014.

JUDGE TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA